United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert Simcsak, Jr.  
    Debtor

Case No. 15-10856-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Dec 05, 2016  
                           Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2016.  
13485242      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                  TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2016 at the address(es) listed below:  
        ANDREW  SPIVACK   on behalf of Creditor   The Bank of New York Mellon et. al. paeb@fedphe.com  
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JILL  MANUEL-COUGHLIN   on behalf of Creditor   The Bank of New York Mellon, et al  
         jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com  
        JON M. ADELSTEIN   on behalf of   Adelstein & Kaliner, LLC jadelstein@adelsteinkaliner.com,  
         jsbamford@adelsteinkaliner.com  
        JON M. ADELSTEIN   on behalf of Debtor Robert  Simcsak, Jr. jadelstein@adelsteinkaliner.com,  
         jsbamford@adelsteinkaliner.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION  
         bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        REBECCA K. MCDOWELL   on behalf of Creditor   Santander Bank, N.A., f/k/a Sovereign Bank, N.A.  
         rmcdowell@slgcollect.com, kcollins@slgcollect.com  
        ROBERT L. SALDUTTI   on behalf of Creditor   Santander Bank, N.A., f/k/a Sovereign Bank, N.A.  
         rsaldutti@salduttcollect.com,  
         lmarciano@salduttcollect.com;pwirth@salduttcollect.com;kcollins@slgcollect.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                          TOTAL: 9

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-10856-sr
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert Simcsak, Jr.
1517 Carlene Court
Langhorne PA 19047

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/02/2016.

Name and Address of Alleged Transferor(s):

Claim No. 3: PHEAA, PO Box 8147, Harrisburg, PA 17105

Name and Address of Transferee:

ECMC
PO Box 16408
St. Paul, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/07/16

Tim McGrath
**CLERK OF THE COURT**