UNITED STATES BANKRUPTCY COURT

Eastern District Of Pennsylvania

IN RE:  CASE NO: 1510856

ROBERT SIMCSAK  CHAPTER 13

Debtor (s)

**NOTICE OF CLAIM SATISFACTION**

As to Claim 2 filed on 03/02/2015, Wells Fargo Bank, N.A. ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee.

/s/ Cecilia Shelton
Cecilia Shelton
Bankruptcy Specialist
Wells Fargo Bank, N.A.
PO Box 10438
Des Moines, IA 50306-0438
1-877-455-9946

BKNOCS (03/2017)