United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 15-10856-jkf
Robert Simcsak, Jr.                                                 Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: Antoinett        Page 1 of 1          Date Rcvd: Mar 02, 2020
                            Form ID: trc            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2020.
  NO NOTICES MAILED.

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14323636       E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 03 2020 03:52:19
               The Bank of New York Mellon,   c/o Bayview Loan Servicing,
               4425 Ponce De Leon Blvd. 5th Floor,   Coral Gables, FL, 33146-1837
                                                                                    TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0
```

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2020 at the address(es) listed below:
        ANDREW  SPIVACK   on behalf of Creditor   The Bank of New York Mellon et. al. paeb@fedphe.com
        HARRY B. REESE   on behalf of Creditor   The Bank of New York Mellon, et al
         bankruptcy@powerskirn.com
        HARRY B. REESE   on behalf of Creditor   The Bank of New York Mellon et. al.
         bankruptcy@powerskirn.com
        JILL  MANUEL-COUGHLIN   on behalf of Creditor   The Bank of New York Mellon et. al.
         bankruptcy@powerskirn.com
        JILL  MANUEL-COUGHLIN   on behalf of Creditor   The Bank of New York Mellon, et al
         bankruptcy@powerskirn.com
        JON M. ADELSTEIN   on behalf of    Adelstein & Kaliner, LLC jadelstein@adelsteinkaliner.com,
         jsbamford@adelsteinkaliner.com
        JON M. ADELSTEIN   on behalf of Debtor Robert  Simcsak, Jr. jadelstein@adelsteinkaliner.com,
         jsbamford@adelsteinkaliner.com
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
         bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
        KEVIN S. FRANKEL   on behalf of Creditor   Bayview Loan Servicing, LLC et al pa-bk@logs.com
        POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
        REBECCA K. MCDOWELL   on behalf of Creditor   Santander Bank, N.A., f/k/a Sovereign Bank, N.A.
         rmcdowell@slgcollect.com,  pwirth@slgcollect.com
        ROBERT L. SALDUTTI   on behalf of Creditor   Santander Bank, N.A., f/k/a Sovereign Bank, N.A.
         rsaldutti@saldutticollect.com,
         lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
        THOMAS I. PULEO   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                            TOTAL: 15
```

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-10856-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert Simcsak, Jr.
1517 Carlene Court
Langhorne PA 19047

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/28/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: The Bank of New York Mellon, c/o Bayview Loan Servicing, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL, 33146-1837 | THE BANK OF NEW YORK MELLON c/o Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/04/20

Tim McGrath
**CLERK OF THE COURT**