```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania

In re:                                                              Case No. 15-10856-jkf
Robert Simcsak, Jr.                                                 Chapter 13
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett            Page 1 of 3           Date Rcvd: Apr 13, 2020
                            Form ID: 138NEW            Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2020.
db             +Robert Simcsak, Jr.,    1517 Carlene Court,    Langhorne, PA 19047-2302
cr             +BANK OF AMERICA, N.A.,    2380 Performance Drive,    Richardson, TX 75082-4333
cr             +Bank of America, N.A.,    PO Box 5170,    SIMI VALLEY, CA 93062-5170
cr             +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    PO Box 5170,
                 SIMI VALLEY, CA 93062-5170
cr             +Santander Bank, N.A., f/k/a Sovereign Bank, N.A.,    Robert L. Saldutti, Esquire,
                 Saldutti, LLC,   800 N. Kings Highway, Suite 300,    Cherry Hill, NJ 08034-1511
cr             +THE BANK OF NEW YORK MELLON,    PO BOX 9013,    Addison, TX 75001-9013
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    Shellpoint Mortgage Servicing,
                 P.O. Box 10826,    Greenville, SC  29603-0826
cr             +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    PO Box 5170,    SIMI VALLEY, CA 93062-5170
cr             +The Bank of New York Mellon Fka The Bank Of New Yo,    Bank of America, N.A.,    PO Box 5170,
                 SIMI VALLEY, CA 93062-5170
cr              Wells Fargo Bank, N.A., Default Document Processin,    N9286-01Y, 1000 Blue Gentian Road,
                 Eagan, MN  55121-7700
13469780        AMERICAN EDUCATION SERVICES,    P. O. BOX 2461,    Harrisburg, PA 17105-2461
13637802       #+Adelstein & Kaliner, LLC,    350 S. Main Street,    Penn's Court, Suite 105,
                 Doylestown, PA 18901-4872
13469781        American Express,    P. O. Box 1270,    Newark, NJ 07101-1270
13536201        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13469785       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,     PO Box 982235,    El Paso, TX 79998-2233)
13469784       +BANK OF AMERICA,    BOX 15728,    Wilmington, DE 19850-5728
13469782        Bank of America,    P.O. Box 5170,    Simi Valley, CA 93062-5170
13509306       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13537900       +Bank of America, N.A.,    Bankruptcy Department,    P.O. Box 5170,    Simi Valley, CA 93062-5170
14194838       +Bayview Loan Servicing, LLC et al,    4425 Ponce de Leon Boulevard,    5th Floor,
                 Coral Gables, FL 33146-1837
13831050        ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
13469787       +Northland Group Inc.,    P. O. Box 390846,    Minneapolis, MN 55439-0846
13485242       +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
13469788        PNC,   PO Box 6534,    Carol Stream, IL 60197-6534
13543388       +PNC Bank, N.A.,   Attn: Bankruptcy Department,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
13469789       +Robert Saldutti, Esq.,    BNY Mellon Center,    1735 Market Street,    Suite 3750,
                 Philadelphia, PA 19103-7532
13469792        SEARS MASTER CARD,    BOX 183082,    Columbus, OH 43218-3082
13469791        Santander Bank, N.A.,    PO Box 12707,    Reading, PA 19612-2707
14475292        THE BANK OF NEW YORK MELLON c/o Shellpoint,    Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826
13548935       +The Bank of New York Mellon,    Bank of America, N.A.,    Attn: Bankruptcy Department,
                 PO Box 5170,    Simi Valley, CA 93062-5170
13469793        Wells Fargo Bank,    PO Box 5169,    Sioux Falls, SD 57117-5169
13476971        Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
13533749        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y, 1000 Blue Gentian Road,
                 Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 14 2020 03:50:58      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 14 2020 03:50:55      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2020 03:56:15      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13709117       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 14 2020 03:50:55
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
13548141        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 14 2020 03:56:00
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13489009        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 14 2020 03:50:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
13579180        E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2020 03:56:19      Synchrony Bank,
                 c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14323636        E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 14 2020 03:50:55
                 The Bank of New York Mellon,    c/o Bayview Loan Servicing,
                 4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, FL, 33146-1837
                                                                                              TOTAL: 8
```

```
District/off: 0313-2           User: Antoinett            Page 2 of 3                   Date Rcvd: Apr 13, 2020
                               Form ID: 138NEW            Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13469786         Michelle M. Simczak
13469790         Robert Simczak, Jr., P.C.
smg*             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA 17128-0946
cr*             +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    PO Box 5170,
                  SIMI VALLEY, CA 93062-5170
cr*             +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    PO Box 5170,
                  SIMI VALLEY, CA 93062-5170
cr*             +Bank of America, N.A.,    THE BANK OF NEW YORK MELLON FKA THE BANK,    PO Box 5170,
                  SIMI VALLEY, CA 93062-5170
cr*             +Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd. 5th Floor,   Coral Gables, FL 33146-1873
cr*             +Bayview Loan Servicing, LLC et al,    4425 Ponce de Leon Boulevard,   5th Floor,
                  Coral Gables, FL 33146-1837
cr*              ECMC,   P.O. BOX 16408,   ST. PAUL, MN 55116-0408
cr*             +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    PO Box 5170,   SIMI VALLEY, CA 93062-5170
cr*             +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    PO Box 5170,   SIMI VALLEY, CA 93062-5170
cr*             +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    PO Box 5170,   SIMI VALLEY, CA 93062-5170
cr*             +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    PO Box 5170,   SIMI VALLEY, CA 93062-5170
cr*             +The Bank of New York Mellon Fka The Bank Of New Yo,    PO Box 5170,   SIMI VALLEY, CA 93062-5170
13469783*        Bank of America,   PO Box 5170,   Simi Valley, CA 93062-5170
13548936*       +The Bank of New York Mellon,   Bank of America, N.A.,   Attn: Bankruptcy Department,
                  PO Box 5170,   Simi Valley, CA 93062-5170
                                                                                              TOTALS: 2, * 14, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2020 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    The Bank of New York Mellon et. al. paeb@fedphe.com
              HARRY B. REESE    on behalf of Creditor    The Bank of New York Mellon, et al
               bankruptcy@powerskirn.com
              HARRY B. REESE    on behalf of Creditor    The Bank of New York Mellon et. al.
               bankruptcy@powerskirn.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    The Bank of New York Mellon et. al.
               bankruptcy@powerskirn.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    The Bank of New York Mellon, et al
               bankruptcy@powerskirn.com
              JON M. ADELSTEIN    on behalf of Debtor Robert  Simcsak, Jr. jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of    Adelstein & Kaliner, LLC jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Bayview Loan Servicing, LLC et al pa-bk@logs.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              REBECCA K. MCDOWELL    on behalf of Creditor    Santander Bank, N.A., f/k/a Sovereign Bank, N.A.
               rmcdowell@slgcollect.com, pwirth@slgcollect.com
              ROBERT L. SALDUTTI    on behalf of Creditor    Santander Bank, N.A., f/k/a Sovereign Bank, N.A.
               rsaldutti@salduttincollect.com,
               lmarciano@salduttincollect.com;pwirth@salduttincollect.com;kcollins@slgcollect.com
```

```
District/off: 0313-2          User: Antoinett            Page 3 of 3                   Date Rcvd: Apr 13, 2020
                              Form ID: 138NEW            Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
         THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                               TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Robert Simcsak, Jr.
      Debtor(s)

Bankruptcy No: 15–10856–jkf
Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

      For The Court
      Timothy B. McGrath
      Clerk of Court

Dated: 4/13/20

      89 – 88
      Form 138_new