United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert Simcsak, Jr.  
    Debtor

Case No. 15-10856-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Antoinett | Page 1 of 1 | Date Rcvd: Jun 04, 2020 |
|---|---|---|---|
| | Form ID: 195 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.
db        +Robert Simcsak, Jr.,    1517 Carlene Court,    Langhorne, PA 19047-2302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:

    ANDREW  SPIVACK    on behalf of Creditor    The Bank of New York Mellon et. al. paeb@fedphe.com
    HARRY B. REESE    on behalf of Creditor    The Bank of New York Mellon, et al
     bankruptcy@powerskirn.com
    HARRY B. REESE    on behalf of Creditor    The Bank of New York Mellon et. al.
     bankruptcy@powerskirn.com
    JILL  MANUEL-COUGHLIN    on behalf of Creditor    The Bank of New York Mellon et. al.
     bankruptcy@powerskirn.com
    JILL  MANUEL-COUGHLIN    on behalf of Creditor    The Bank of New York Mellon, et al
     bankruptcy@powerskirn.com
    JON M. ADELSTEIN    on behalf of     Adelstein & Kaliner, LLC jadelstein@adelsteinkaliner.com,
     jsbamford@adelsteinkaliner.com
    JON M. ADELSTEIN    on behalf of Debtor Robert  Simcsak, Jr. jadelstein@adelsteinkaliner.com,
     jsbamford@adelsteinkaliner.com
    JOSHUA I. GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
     Josh.Goldman@padgettlawgroup.com
    KEVIN S. FRANKEL    on behalf of Creditor    Bayview Loan Servicing, LLC et al pa-bk@logs.com
    POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
    REBECCA K. MCDOWELL    on behalf of Creditor    Santander Bank, N.A., f/k/a Sovereign Bank, N.A.
     rmcdowell@slgcollect.com, pwirth@slgcollect.com
    ROBERT L. SALDUTTI    on behalf of Creditor    Santander Bank, N.A., f/k/a Sovereign Bank, N.A.
     rsaldutti@salduttcollect.com,
     lmarciano@salduttcollect.com;pwirth@salduttcollect.com;kcollins@slgcollect.com
    SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
    THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    THOMAS YOUNG.HAE SONG    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                      TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Robert Simcsak, Jr. : Case No. 15–10856–jkf
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , June 4th, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

93
Form 195